

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Rosa Arzate, | § | No. 08-18-00143-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| Matthew Manuel Andujo, Juan Miguel Torres and C.R.A.W. Oyster Bar & Lounge, LLC a/k/a Craw Oyster Bar & Lounge, LLC d/b/a Craw Oyster Bar & Lounge, | § | of El Paso County, Texas |
| | § | (TC# 2017DCV4374) |
| | § | |
| Appellees. | § | |
| | § | |
| | § | |

**ORDER**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 20, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 20, 2018.

IT IS SO ORDERED this 6th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.